UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMY S. DAUBON,

    Defendant.
_____/

Case No. 1:16-mj-00200-ESC

Hon. Ellen S. Carmody

## CLERK'S NOTICE OF CRIMINAL TRANSFER

TO:  Court Personnel, Florida Northern District Court

RE:  Western District of Michigan Rule 5 Initial Appearance
      Florida Northern Case Number: 3:16mj145

Please take notice of the above-mentioned transfer. We are herewith transmitting to you the Western District of Michigan docket of proceedings associated with the above-entitled case. The documents that make up the case file are available electronically through PACER.

If a passport was previously collected, it will be transmitted by the Western District of Michigan Probation and Pretrial Office to Florida Northern. Please contact the Western District of Michigan Probation and Pretrial Office at (616) 456-2384 for further assistance.

For further assistance regarding the Rule 5 Initial Appearance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                        CLERK OF COURT

Dated: July 29, 2016      By:    /s/ Julie Lenon
                                    Deputy Clerk

# United States District Court
## Western District of Michigan (Southern Division (1))
### CRIMINAL DOCKET FOR CASE #: 1:16-mj-00200-ESC All Defendants

Case title: USA v. Daubon  
Other court case number: 3:16mj145 Northern District of Florida

Date Filed: 07/28/2016

Assigned to: Magistrate Judge Ellen S. Carmody

### defendant (1)

**Jeremy S. Daubon**  represented by  **Helen C. Nieuwenhuis**  
Federal Public Defender (Grand Rapids)  
50 Louis St. NW, Ste. 300  
Grand Rapids, MI 49503-2633  
Email: helen_nieuwenhuis@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
1:1RF.F Rule 5 felony proceedings

**Disposition**

### Plaintiff

**USA**  represented by

**Alexis M. Sanford**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: alexis.sanford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**B. Rene Shekmer**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Fax: (616) 456-2517
Email: rene.shekmer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/28/2016 | | | WARRANT EXECUTED; defendant Jeremy S. Daubon arrested by HSI agent Lindsey Bosso in Mason, MI (USM Control Room, cja) (Entered: 07/28/2016) |
| 07/28/2016 | 1 | 3 | MINUTES of FIRST APPEARANCE in Rule 5 proceedings for defendant Jeremy S. Daubon held before Magistrate Judge Ellen S. Carmody; defendant's request for court appointed counsel granted, AFPD Helen Nieuwenhuis appeared on his behalf; defendant waived identity and detention hearings; commitment to charging district to issue (Proceedings Digitally Recorded) (Magistrate Judge Ellen S. Carmody, jal) (Entered: 07/29/2016) |
| 07/28/2016 | 2 | | CJA 23 financial affidavit by defendant Jeremy S. Daubon in support of request for court-appointed counsel [Mason] (jal) (Entered: 07/29/2016) |
| 07/28/2016 | | | (NON-DOCUMENT) ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Jeremy S. Daubon; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, jal) Modified date on 7/29/2016 (jal). (Entered: 07/29/2016) |
| 07/28/2016 | 3 | 4 | WAIVER of Rule 5 and 5.1 hearings by Jeremy S. Daubon (jal) (Entered: 07/29/2016) |
| 07/29/2016 | 4 | 5 | COMMITMENT TO ANOTHER DISTRICT: defendant Jeremy S. Daubon committed to Northern District of Florida; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, jal) (Entered: 07/29/2016) |

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Jeremy S. Daubon | Mag. Judge: Ellen S. Carmody |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:16-mj-00200-ESC | 7/28/2016 | 4:17 p.m. - 4:29 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Alexis Sanford | Defendant: Helen Nieuwenhuis | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant: FLND 3:16mj145 | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance <br> __ Arraignment: <br>  __ mute  __ nolo contendre <br>  __ not guilty  __ guilty <br> __ Initial Pretrial Conference <br> __ Detention (waived __) <br> __ Preliminary (waived __) <br> ✓ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Other: _____ | __ Defendant's Rights <br> ✓ Waiver of Rule 5 and 5.1 Hearings <br> __ Consent to Mag. Judge for _____ <br> __ Other: _____ <br> _____ <br> _____ <br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> ✓ Order Appointing Counsel <br> ✓ Other: Commitment to charging district | Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: _____ <br> Presentence Report: <br>  __ Ordered  __ Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:  __ Yes  __ No <br> Defendant informed of right to appeal:  __ Yes  __ No <br> Counsel informed of obligation to file appeal:  __ Yes  __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:** Set for hearing in charging district | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Lenon |

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:16-mj-00200-ESC |
| | ) | |
| Jeremy S. Daubon | ) | Charging District's Case No. 3:16-mj-145 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___Northern District of Florida___.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: ___07/28/2016___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

___Helen Nieuwenhuis___
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:16-mj-00200-ESC |
| | ) | |
| Jeremy S. Daubon | ) | Charging District's |
| *Defendant* | ) | Case No.   3:16mj145 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Northern___ District of ___Florida___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____.

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   July 29, 2016

/s/ Ellen S. Carmody
*Judge's signature*

Ellen S. Carmody, U.S. Magistrate Judge
*Printed name and title*