# United States District Court

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Time Commenced: 10:00 am  
Time Concluded: 11:15 am  

Case No. 3:16cr67/MCR  
Date December 22, 2016

PROCEEDINGS: **Sentencing Hearing**

Sentence imposed as to Count 1: Custody of BOP for 144 months; supervised release for 10 years; fine waived, restitution is deferred 90 days and SMA of $100 (due immediately). Dft remanded to custody of U.S. Marshal. SEE FORMAL JUDGMENT. Court SEALS the transcript of this hearing.

PRESENT:  HONORABLE. **M. Casey Rodgers**, CHIEF JUDGE

| Ben Pearce | Susan Simms | Donna Boland | David Goldberg |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A v. (DEFENDANT LISTED BELOW)  ATTORNEYS FOR DEFENDANT

(1) **Jeremy S. Daubon**  
✔ present  ✔ custody  ___ bond  ___ O/R

(1) Thomas Keith (AFPD)  
✔ present  ✔ apptd.  ___ retained

- ✔ DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.
- ___ Objections were made to the PSR.
- ___ Notice of Enhancement filed     ___ Court Question defendant about prior conviction
- ✔ DEFENDANT ADJUDICATED GUILTY OF COUNT(S): __1__; SENTENCE IMPOSED:
- ✔ DFT remanded to custody of Bureau of Prisons  
  on count(s): __1__ imprisonment for a term of __144__ months  
  _____ imprisonment for a term of _____ months  
  with said sentences to run ✔ concurrently or ___ consecutively
- ✔ Additional recommendation:
  - ___ Residential Drug Abuse Program (RDAP) while in custody of BOP
  - ___ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program
  - ___ Dft identified as needing substance abuse treatment both during incarceration and at a reentry center
  - ___ Complete GED classes
  - ___ Mental Health Treatment while in the custody of BOP
  - ___ Intensive Confinement Center (ICC)
  - ___ Federal Medical Center (FMC) due to health of defendant
  - ✔ Other: Sex Offender Treatment Program; specifically, the BOP's Residential Sex Offender Treatment Program
- ✔ FINE PAYMENT:  ✔ Fine waived;  ___ Fine of $_____;  ✔ SMA OF $ 100 due immediately
- ✔ Dft is liable for restitution of: **Deferred 90 days**  
  $_____ made payable to _____  
  $_____ made payable to _____  
  $_____ made payable to _____
- ___ DFT is jointly and severally liable for restitution with _____

- ✔ S/R or PROBATION.     Dft is under:
  - ✔ Supervised Release upon completion of term of imprisonment for a total period of __10__ years.
  - ___ Probation for a period of ____ years.
  - ___ Home Detention of ____ months w/ following conditions: _____.

  With the following special conditions or modifications:
  - ___ DFT to be deported upon release from BOP
  - ___ DFT shall cooperate with the US Probation Officer and the Dept.of Homeland Security regarding Immigration status. If removed dft shall not re-enter the United States without permission of the Dept. of Homeland Security.
  - ___ DFT shall not own or possess a firearm, dangerous weapon or destructive device.
  - ___ DFT shall submit to: ___ testing for the use of drugs or alcohol to excess;
    - ___ DFT shall participate in a program of substance abuse treatment, which may include participation in a Cognitive Behavioral Therapy program;
  - ___ DFT shall participate in a program of mental health treatment.
  - ___ DFT shall cooperate with the US Probation Officer and the Dept. of Homeland Security regarding Immigration status. If removed Dft shall not re-enter the United States without permission of the Dept. of Homeland Security.
  - ___ DFT shall provide requested financial information to the U.S. Probation Officer.
  - ___ DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
  - ___ DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
  - ___ Upon release dft to: ___ maintain employment or enroll as full-time student; ___ complete High School Education.
  - ___ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.
  - ___ DFT shall not open new lines of credit or incur new credit charges without approval of probation officer or until restitution is satisfied.
  - ___ DFT shall not transfer or dispose of any assets without approval of probation officer or until restitution is satisfied.
  - ✔ ADDITIONAL TERMS: Computer Conditions, Search Conditions, Sex Offender Treatment, Polygraph, Registration Conditions.

- ✔ CUSTODY STATUS
  - ✔ DFT committed to the custody of the U.S. Department of Justice.
  - ___ DFT to surrender to USMS at _____ or designated institution at his/her own expense no later than _____ on _____.
  - ___ DFT remains on bond with ___ the same terms and conditions or ___ modified terms as follows: _____.
  - ___ DFT is released after meeting with Probation Officer.

- ___ Remaining count(s) _____ is/are dismissed on government motion.

- ✔ Court informs Dft of right to appeal.
  - ___ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

- ✔ Court recommends place of incarceration at or near __FCI Milan, Michigan__.
- ✔ DFT addresses the Court.
- ___ NO FORFEITURE     ✔ PRELIMINARY ORDER OF FORFEITURE entered [doc.#35]

Gvt (Goldberg) requests Sealing the transcript of this hearing; Court grants the request.

Filed in Open Court

__12-22-2016__
Initials of Deputy Clerk _sps_