## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  3:16cr67/TKW/EMT
 3:18cv2212/TKW/EMT

JEREMY DAUBON
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 72). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendant failed to establish that his attorney's performance was deficient or that he was prejudiced by any of the alleged (but not proven) deficient performance.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 67) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 9th day of February, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**